IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC

2006 OCT 18  A 8: 52

Helen White, )
)
        Plaintiff, )
) Civil Action No.: 8:04-0663-SB-BHH
   v. )
)
Jo Anne Barnhart, ) **ORDER**
Commissioner of Social Security, )
)
        Defendant. )
)



This matter is before the court on Plaintiff Helen White's motion for reopening of the case and entry of new judgment. The record includes a report and recommendation ("R&R") of a United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(a). In the R&R, filed on September 7, 2006, Magistrate Judge Bruce H. Hendricks recommends that the court deny the Plaintiff's motion. Pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections to an R&R within ten days of being served with a copy. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, because no objections were filed, the court need not conduct a de novo review of any portion of the R&R. Accordingly, based on the foregoing, the court hereby adopts the Magistrate Judge's R&R as the Order of the court, and it is

ORDERED that the Plaintiff's motion for reopening of the case and entry of new judgment is denied, and this action is ended.

**IT IS SO ORDERED**.

Sol Blatt, Jr.
Senior United States District Judge

October **17**, 2006
Charleston, South Carolina